TO: Judge Ms. Elanor Ross

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 16 2020

JAMES N. HATTEN, Clerk
By: NB
Deputy Clerk

To whom it may concern I wish to fire Mr. Dodge and as well as Mr. John Lovell from off of my case. I know longer want them representing me no more! I would also need documents saying the dates both of them represented me and the dates they are not.

Thanks for your time.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 16 2020

JAMES N. HATTEN, Clerk
By: NB Deputy Clerk

TO: Judge Ms. Elanor Ross

To whom it may concern I wish to fire Mr. Dodge and as well as Mr. John Lovell from off of my case. I know longer want them representing me no more! I would also need documents saying the dates both of them represented me and the dates they are not.

Thanks for your time.

---

1:16-cr-411-ELR-2

Copy request given to Intake

Darryle Batle [?]
Federal Correctional Instutition Bennettsville
P.O. Box 52020
Bennettsville, SC 29512

70501-019
Court Clerck
75 TED Turner DR SW
Atlanta, GA 30303
United States

COLUMBIA SC 290
13 MAR 2020 PM 2 L

CLEARED
MAR 16 2020
U.S. Marshals
Atlanta, GA

30303-330999